UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JASON PINSON,

Plaintiff,

v.

VOLATO, INC.,

Defendant.

CIVIL ACTION NO.
1:25-CV-00138-JPB

**ORDER**

This matter is before the Court on the Joint Motion to Dismiss with Prejudice [Doc. 7]. Parties have announced to the Court that all matters between the parties have been resolved. The motion is hereby **GRANTED**. This matter is **DISMISSED** with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**SO ORDERED** this 27th day of February, 2025.

**J. P. BOULEE**
United States District Judge